

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00317-CV

Teresa M. **FAYETTE**,
Appellant

v.

Luciano **REYES** and ABC Trucking,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI04948
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellees Luciano Reyes and ABC Trucking recover their costs on appeal from Appellant Teresa M. Fayette.

SIGNED August 21, 2019.

_____
Irene Rios, Justice